UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| APPLIED BIOSYSTEMS (A DIVISION OF APPLERA CORPORATION), :<br><br>Plaintiff, :<br><br>v. :<br><br>UNITED STATES, :<br><br>Defendant. : | Before:   WALLACH, Judge<br>Court No.:   03-00251 |

## ORDER

    The court having held a telephonic status conference on May 6, 2009, the purpose of which was to discuss Plaintiff's Consent Motion to Amend Scheduling Order and to Schedule a Conference with the Court ("Plaintiff's Motion"), Plaintiff's Motion having been filed on August 15, 2008 and held in abeyance by Orders of this court dated September 4, 2008, November 21, 2008, and January 30, 2009, Plaintiff Applied Biosystems appearing by and through Thomas O'Donnell, of Rodriguez O'Donnell Gonzalez & Williams, P.C., and Defendant United States appearing by and through Amy Rubin, U.S. Department of Justice, Civil Division, Commercial Litigation Branch, International Trade Field Office; the court having reviewed all pleadings and papers on file herein; and good cause appearing therefor, it is hereby

    ORDERED that an initial dispositive motion or motions shall be filed by one or both of the parties within 120 days from the date of this Order; and it is further

    ORDERED that Plaintiff's Motion is DENIED.

                                        /S/   Evan J. Wallach
                                                    Judge

Dated: May 6, 2009
       New York, New York

## NOTICE OF ENTRY AND SERVICE

This is a notice that an order of judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(d), in a securely closed endorsed envelope either in a United States Post Office at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party in the action on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-in-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278, or to a clerical employee designated by the Attorney-in-Charge in a writing filed with the clerk of the court.

Tina Potuto Kimble
Clerk of the Court

Date: 5/6/09        By: _____
                          Deputy Clerk