This is to advise that on June 28, 2010

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 10-72

In action

Ct. No. 03-00251

Applied Biosystems
(A Division of Applera Corporation)
(Plaintiff,)

v.

United States,
(Defendant.)